IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTIN S. FRIEDLANDER, individually,
and as Assignee fo the Successor Trustee of the
Legal Defense and Maintenance Trust
of California, a Citizen of California; and
as an Express Third Party Beneficiary of the
Legal Defense and Maintenance
Trust of California; The Successor in
Interest to All the Claims, Assets, Rights, and
Causes of Action Herein Asserted on Behalf of
Santa Fe Business Park LLC, Summit
Floormart LLC, Summit Valdes Business
Park, LLC, Summit Center LLC, El Llano
Summit Business Center LLC, El Llano
Summit Caja Del Rio LLC, and Jeffrey
Potter,

      Plaintiff,

vs.                                                                                                     No. CIV 06-1160 JB/DJS

RICHARD P. COOK; EL LLANO COMPANY, INC.;
VALLEY NATIONAL BANK; COMEAU, MALDEGEN,
TEMPLEMAN & INDALL, LLP; GRAY HANDY;
PAULA COOK; JOHN PATTERSON; ROBERT ENGEL;
VERN BOWERS; SONNY OTERO d/b/a OTERO
CONSTRUCTION COMPANY; PHASE ONE REALTY;
ERNEST ("ERNIE ROMERO"); W. JAMES METHANY;
and SARCO CONSTRUCTION COMPANY,

      Defendants.

**MEMORANDUM OPINION AND ORDER**

**THIS MATTER** comes before the Court on the Defendants Sarco Construction Company, El Llano Company, Inc, and Richard [Cook]'s Motion and Memorandum to Dismiss and to Strike the Complaint, filed January 17, 2007 (Doc. 28). The Court held a hearing on the motion on September 25, 2007. The primary issues are: (i) whether the Court should dismiss Plaintiff Martin

S. Friedlander's Complaint against Defendants Sarco, El Llano, and Richard Cook for failure to comply with rule 8 of the Federal Rules of Civil Procedure; (ii) whether the Court should strike the Complaint or portions of it because of rule 12(f)'s prohibition against redundant and impertinent material; and (iii) whether the Court should require Friedlander to file a more definite statement. Because the Court has already granted in part the Defendants Sarco Construction Company, El Llano Company, Inc. and Richard Cook's Joint Motion to Dismiss the Complaint (Doc. 26), see Memorandum Opinion and Order, filed September 30, 2007 (Doc. 76), and decided to abstain pending resolution of the pending state case involving the same or similar claims, see Doc. 76 at 3-5, the Court will deny this motion as moot without prejudice to these Defendants re-raising these issues if and when the Court lifts the stay.

**IT IS ORDERED** that the Defendants Sarco Construction Company, El Llano Company, Inc., and Richard [Cook]'s Motion to Dismiss and to Strike the Complaint is denied as moot without prejudice to these Defendants re-raising these issues if and when the Court lifts the stay in this case to permit litigation against these Defendants.

_____
UNITED STATES DISTRICT JUDGE

Parties and Counsel:

Martin S. Friedlander
Los Angeles, California

 *Plaintiff Pro Se*

Paul Maestas
Wayne R. Suggett
Maestas & Suggett, P.C.
Albuquerque, New Mexico

> *Attorneys for Defendants Richard P. Cook,*
> *Sarco Construction Company, and*
> *El Llano Company*

Eric M. Sommer
Sommer, Udall, Hardwick, Ahern & Hyatt, LLP
Santa Fe, New Mexico

> *Attorneys for Defendant Valley National Bank*

Jim Dines
Michael A. Gross
Steven J. Leibel
Dines & Gross, P.C.
Albuquerque, New Mexico

> *Attorneys for Defendants Comeau, Maldegen,*
> *Templeman & Indall, LLP, Paula Cook, and Grey Handy*

Briggs F. Cheney
Law Office ▲ Briggs F. Cheney
Albuquerque, New Mexico

> *Attorneys for Defendant John Patterson*

J. E. Gallegos
Gallegos Law Firm, P.C.
Santa Fe, New Mexico

> *Attorney for Defendant Sonny Otero d/b/a Otero Construction Company*

David A. Grammar III
Aldridge, Grammar, Jeffrey & Hammer, P.A.
Albuquerque, New Mexico

> *Attorneys for Defendants Phase One Realty, Inc.,*
> *Ernest "Ernie" Romero, and W. James Metheny*