IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTIN S. FRIEDLANDER Individually As
Assignee Of The Successor Trustee of the Legal
Defense And Maintenance Trust of California, a
citizen of California; And As an Express Third
Party Beneficiary of the Legal Defense and
Maintenance Trust of California, The Successor
in Interest to All the Claims, Assets, Rights and
Causes of Action Herein Asserted On Behalf of
Santa Fe Business Park, LLC, Summit
Floormart, LLC, Summit Valdes Business Park,
LLC, Summit Investment Company, LLC,
Summit Business Center, LLC, El Llano Sumit
Caja Del Rio, LLC, and Jeffrey W. Potter,

        Plaintiffs,

vs.                                                                                                                            No. CIV 06-1160 JB/SMV

RICHARD P. COOK; EL LLANO COMPANY,
INC.; VALLEY NATIONAL BANK;
COMEAU, MALDEGEN, TEMPLEMAN &
INDALL, LLP; GRAY HANDY; PAULA A.
COOK; VERN BOWERS; JOHN
PATTERSON; ROBERT ENGEL; SONNY
OTERO DBA OTERO CONSTRUCTION
COMPANY; PHASE ONE REALTY; ERNEST
("ERNIE ROMERO") AND W. JAMES
METHANY; AND SARCO CONSTRUCTION
COMPANY,

        Defendants.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on: (i) the Court's Memorandum Opinion and

Order, filed August 13, 2008 (Doc. 135)("First Otero MOO"); (ii) the Court's Order, filed March

5, 2009 (Doc. 148)("Friedlander MOO"); (iii) the Court's Memorandum Opinion and Order, filed

March 11, 2010 (Doc. 177)("Second Otero MOO"); (iv) the Stipulation and Order of Dismissal

with Prejudice, filed May 13, 2010 (Doc. 181)("Patterson Stipulation"); and (v) the Stipulation and Order of Dismissal with Prejudice, filed March 5, 2014 (Doc. 219)("Final Stipulation"). The Court's First Otero MOO dismissed Plaintiff Martin Friedlander's claim against Defendant Sonny Otero, d/b/a Otero Construction Company, for intentional interference with contractual relations against, with prejudice. See First Otero MOO at 1-2. The Court's Friedlander MOO dismissed all remaining claims brought by Friedlander with prejudice, and dismissed Friedlander from the case. See Friedlander MOO at 4. The Court's Second Otero MOO dismissed all remaining claims against Otero without prejudice to Plaintiff Jeffrey Porter, and dismissed Otero from the case. See Second Otero MOO at 1. The Patterson Stipulation dismissed all claims against Defendant John Patterson with prejudice and dismissed Patterson from the case. See Patterson Stipulation at 1. The Final Stipulation dismissed all remaining claims being asserted by the Plaintiffs with prejudice, pursuant to rule 41(a) of the Federal Rules of Civil Procedure. See Final Stipulation at 1. Because the First Otero MOO, the Friedlander MOO, the Second Otero MOO, the Patterson Stipulation, and the Final Stipulation dispose of all claims and parties in the case, entry of final judgment is appropriate.

    **IT IS ORDERED** that all claims against all parties are dismissed with prejudice, and final judgment is entered.

    _____
    UNITED STATES DISTRICT JUDGE

*Counsel:*

Martin S. Friedlander
Los Angeles, California

  *Plaintiff Pro Se*

James E. Riley, Jr.
James E. Riley, Jr., PC
Walpole, Massachusetts

--and--

Daniel J. Behles
Cuddy Law Firm
Albuquerque, New Mexico

  *Attorney for Plaintiff*

Paul Maestas
Wayne R. Suggett
Maestas & Suggett, P.C.
Albuquerque, New Mexico

  *Attorneys for Defendants Richard P. Cook,*
   *Sarco Construction Company, and*
   *El Llano Company*

Eric M. Sommer
Sommer, Udall, Hardwick, Ahern & Hyatt, LLP
Santa Fe, New Mexico

  *Attorneys for Defendant Valley National Bank*

Briggs F. Cheney
Sheehan Sheehan & Stelzner
Albuquerque, New Mexico

--and--

Jim Dines
Michael A. Gross
Dines & Gross, P.C.
Albuquerque, New Mexico

> *Attorneys for Defendants Comeau, Maldegen, Templeman &*
> *Indall, LLP, Paula Cook, and Grey Handy*

J. E. Gallegos
Gallegos Law Firm, P.C.
Santa Fe, New Mexico

> *Attorney for Defendant Sonny Otero d/b/a Otero Construction Company*

David A. Grammer, III
Aldridge, Grammer, Jeffrey & Hammar, P.A.
Albuquerque, New Mexico

> *Attorneys for Defendants Phase One Realty, Inc.,*
> *Ernest "Ernie" Romero, and W. James Metheny*

John A. Bannerman
Bannerman & Johnson, P.A.
Albuquerque, New Mexico

> *Attorneys for Defendant Robert Engel*

George D. Giddens, Jr.
Christopher M. Gatton
Law Office of George Dave Giddens, P.C.
Albuquerque, New Mexico

> *Attorney for Intervenor and Trustee Yvette Gonzales*

Grey W. Handy
Comeau, Maldegen, Templeman & Indall, LLP
Santa Fe, New Mexico

> *Attorney for Defendants Grey W. Handy and Vern Bowers*